No. 622. SPEECE *v.* ILLINOIS. Appeal from the Supreme Court of Illinois. Decided January 3, 1938. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended, 43 Stat. 936, 938, certiorari is denied. *Mr. Jacob G. Grossberg* for appellant. *Mr. Otto Kerner* for appellee.

No. —, original. EX PARTE FLORENCE F. GREAVES STONE ET AL. January 3, 1938. The motion for leave to file petition for writ of mandamus is denied.

No. —, original. EX PARTE LOUIS BERMAN. January 3, 1938. The motion for leave to file petition for writ of habeas corpus is denied.